# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NHAN LOANG LE, | ) | NO. SACV 10-1825-ODW (MAN) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND |
| KELLY HARRINGTON, | ) | RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report, as extended, has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted and the Petition is dismissed as untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

1         IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2    the Judgment herein on the parties.
3
4         LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6    DATED August 29, 2011
7
8    _____
9                                            OTIS D. WRIGHT II
                                         UNITED STATES DISTRICT JUDGE