**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NHAN LOANG LE, | ) | NO. SACV 10-1825-ODW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KELLY HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED August 29, 2011

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE